1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
    Post Montgomery Center
3   One Montgomery Street, Suite 1800
    San Francisco, CA  94104
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   shawnw@rgrdlaw.com
         – and –
6   TRAVIS E. DOWNS III (148274)
    BENNY C. GOODMAN III (211302)
7   ERIC I. NIEHAUS (239023)
    655 West Broadway, Suite 1900
8   San Diego, CA  92101-3301
    Telephone:  619/231-1058
9   619/231-7423 (fax)
    travisd@rgrdlaw.com
10  bennyg@rgrdlaw.com
    eniehaus@rgrdlaw.com
11
    Attorneys for Plaintiffs Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust and
12  City of Westland Police and Fire Retirement System

13  [Additional counsel appear on signature page.]

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17  PIRELLI ARMSTRONG TIRE            )   No. 3:11-cv-02369-SI
    CORPORATION RETIREE MEDICAL       )
18  BENEFITS TRUST, Derivatively on Behalf of )   STIPULATION AND [PROPOSED] ORDER
    WELLS & FARGO COMPANY,            )   RELATING CASES [CIV. LR 3-12]
19                                    )
                         Plaintiff,   )
20                                    )
                                      )
21        vs.                         )
                                      )
22  JOHN G. STUMPF, et al.,           )
                                      )
23                       Defendants,  )
                                      )
24        – and –                     )
                                      )
25  WELLS FARGO & COMPANY, a Delaware )
    corporation,                      )
26                                    )
                   Nominal Defendant. )
27  _____)

28  [Caption continued on following page.]

632033_1

| | |
|---|---|
| 1 | CITY OF WESTLAND POLICE AND FIRE )   No. 4:11-cv-02548-DMR |
| | RETIREMENT SYSTEM, Derivatively on ) |
| 2 | Behalf of WELLS & FARGO COMPANY, ) |
| | ) |
| 3 | Plaintiff, ) |
| | ) |
| 4 | vs. ) |
| | ) |
| 5 | JOHN G. STUMPF, et al., ) |
| | ) |
| 6 | Defendants, ) |
| | ) |
| 7 | – and – ) |
| | ) |
| 8 | WELLS FARGO & COMPANY, a Delaware ) |
| | corporation, ) |
| 9 | ) |
| | Nominal Defendant. ) |
| 10 | _____ ) |
| | GERALD GORBERG, Derivatively on Behalf )   No. 3:11-cv-02577-MEJ |
| 11 | of WELLS & FARGO COMPANY, ) |
| | ) |
| 12 | Plaintiff, ) |
| | ) |
| 13 | vs. ) |
| | ) |
| 14 | JOHN G. STUMPF, et al., ) |
| | ) |
| 15 | Defendants, ) |
| | ) |
| 16 | – and – ) |
| | ) |
| 17 | WELLS FARGO & COMPANY, a Delaware ) |
| | corporation, ) |
| 18 | ) |
| | Nominal Defendant. ) |
| 19 | _____ ) |
| 20 | [Caption continued on following page.] |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

632033_1

1  | LOUISIANA MUNICIPAL POLICE ) No. 4:11-cv-02662-DMR
   | EMPLOYEES RETIREMENT SYSTEM and )
2  | IBEW LOCAL UNION 98, Derivatively on )
   | Behalf of WELLS & FARGO COMPANY, )
3  |                                    )
   |                        Plaintiffs, )
4  |                                    )
   |     vs.                            )
5  |                                    )
   | JOHN G. STUMPF, et al.,            )
6  |                                    )
   |                       Defendants,  )
7  |                                    )
   |     – and –                        )
8  |                                    )
   | WELLS FARGO & COMPANY, a Delaware  )
9  | corporation,                       )
   |                                    )
10 |                  Nominal Defendant. )
   |                                    )
11 |                                    )

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

632033_1

WHEREAS, there are presently four related shareholder derivative actions on behalf of nominal party Wells Fargo pending before the United States District Court for the Northern District of California, San Francisco Division: (1) *Pirelli Armstrong Tire Corp. Retiree Med. Benefits Trust v. Stumpf*, No. 3:11-cv-02369 (N.D. Cal.); (2) *City of Westland Police and Fire Ret. Sys. v. Stumpf*, No. 4:11-cv-02548 (N.D. Cal.); (3) *Gerald Gorberg v. Stumpf*, No. 3:11-cv-02577 (N.D. Cal.); and (4) *Louisiana Mun. Police Emps. Ret. Sys. v. Stumpf*, No. 4:11-cv-02662 (N.D. Cal.);

WHEREAS, the derivative actions listed above were filed on May 13, 2011, May 25, 2011, May 27, 2011 and June 2, 2011, respectively, and assert claims for breach of fiduciary duty, among other claims, arising from defendants' allegedly improper conduct in connection with Well Fargo's foreclosure practices[1];

WHEREAS, the four related Wells Fargo derivative actions arise from the same questions of law and fact and allege substantially the same wrongful conduct against essentially the same defendants.

The parties, having met and conferred, hereby agree and stipulate that the four Wells Fargo derivative actions listed herein should be deemed related within the meaning of Local Rule 3-12(a), as set forth in plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

The parties also hereby agree and stipulate that the four related Wells Fargo derivative actions listed herein be assigned to the Honorable Susan Illston, United States District Judge.

IT IS SO STIPULATED.

DATED: June 20, 2011

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS

_____/s/ Shawn A. Williams_____
SHAWN A. WILLIAMS

---

[1]     Defendants are the members of the Board of Directors of Wells Fargo – defendants John G. Stumpf, John D. Baker, II, John S. Chen, Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D. McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J. Quigley, Judith M. Runstad, Steven W. Sanger and Susan G. Swenson.

1

2 Post Montgomery Center
 One Montgomery Street, Suite 1800
3 San Francisco, CA  94104
 Telephone:  415/288-4545
 415/288-4534 (fax)

4

5 ROBBINS GELLER RUDMAN
  & DOWD LLP
 TRAVIS E. DOWNS III
6 BENNY C. GOODMAN III
 ERIC I. NIEHAUS
7 655 West Broadway, Suite 1900
 San Diego, CA  92101-3301
8 Telephone:  619/231-1058
 619/231-7423 (fax)

9

 Attorneys for Plaintiffs
10 *Pirelli Armstrong Tire Corporation Retiree*
 *Medical Benefits Trust* and *City Of Westland*
11 *Police and Fire Retirement System*

12 DATED:  June 20, 2011 BARRETT JOHNSTON, LLC
 GEORGE E. BARRETT
13 DOUGLAS S. JOHNSTON, JR.
 TIMOTHY L. MILES

14

15

     /s/ Timothy L. Miles
16     TIMOTHY L. MILES

17 217 Second Avenue, North
 Nashville, TN  37201-1601
18 Telephone:  615/244-2202
 615/252-3798 (fax)

19

 Attorneys for Plaintiff
20 *Pirelli Armstrong Tire Corporation Retiree*
 *Medical Benefits Trust*

21

 DATED:  June 20, 2011 BARRACK, RODOS & BACINE
22 STEPHEN R. BASSER
 SAMUEL WARD

23

24     /s/ Stephen R. Basser
     STEPHEN R. BASSER

25

 600 West Broadway, Suite 900
26 San Diego, CA 92101
 Telephone: 619/230-0800
27 619/230-1874 (fax)

28

1
2
3
4
5

BARRACK, RODOS & BACINE
DANIEL BACINE
JEFFREY BARRACK
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  215/963-0600
215/963-0838 (fax)

6

Attorneys for Plaintiffs,
*Gerald Gorberg* and *Louisiana Municipal Police*

7

*Employees Retirement System and IBEW Local Union 98*

8

DATED:  June 20, 2011

HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN

9

A Professional Corporation
GILBERT R. SEROTA

10

SARAH A. GOOD

11

MARC PRICE WOLF

12
13

                /s/ Sarah A. Good
SARAH A. GOOD

14
15

Three Embarcadero Center, 7th Floor
San Francisco, CA  94111-4024
Telephone:  415/434-1600

16

415/677-6262 (fax)

17

Attorneys for Defendants
*John G. Stumpf, John D. Baker II, John S. Chen,*

18

*Lloyd H. Dean, Susan E. Engel, Enrique Hernandez, Jr., Donald M. James, Richard D.*

19

*McCormick, Mackey J. McDonald, Cynthia H. Milligan, Nicholas G. Moore, Philip J. Quigley,*

20

*Judith M. Runstad, Steven W. Sanger and Susan G. Swenson, and Nominal Defendant Wells*

21

*Fargo & Company*

22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RELATING CASES [CIV. LR 3-12] - 3:11-cv-02369-SI     - 3 -

1         I, Shawn Williams, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order Relating Cases.  In compliance with General Order 45, X.B., I

2    hereby attest that Timothy L. Miles, Stephen R. Basser and Sarah A. Good have concurred in this filing.

3

4

5                                        /s/ Shawn A. Williams
                                    SHAWN A. WILLIAMS

6

7    PURSUANT TO STIPULATION, IT IS SO ORDERED.

8    DATED:   _____6/22/11_____   _____
                               THE HONORABLE SUSAN ILLSTON

9                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on June 20, 2011, I authorized the electronic filing of the foregoing with

3 the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4 e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on June 20, 2011.

9

10                                         s/ Shawn A. Williams
                                         SHAWN A. WILLIAMS

11                                          ROBBINS GELLER RUDMAN
                                             & DOWD LLP

12                                          655 West Broadway, Suite 1900
                                         San Diego, CA  92101-3301

13                                          Telephone:  619/231-1058
                                         619/231-7423 (fax)

14

15                                          E-mail:shawnw@rgrdlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

632033_1

## Mailing Information for a Case 3:11-cv-02369-SI

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **George E. Barrett**
  gbarrett@barrettjohnston.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sarah A. Good**
  sgood@howardrice.com,bhastings@howardrice.com

- **Douglas S. Johnston**
  djohnston@barrettjohnston.com

- **Gilbert Ross Serota**
  gserota@hrice.com,nprince@howardrice.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,lmix@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Marc Joel Price Wolf**
  mpricewolf@howardrice.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Joe Kendall
Provost & Umphrey Law Firm, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Joe McKey
Kendall Law Group, LLP
3232 McKinny Avenue, Sutie 700
Dallas, TX 75204

Timothy L. Miles
Barrett Johnston LLC
217 Second Avenue North
Nashville, TN 37201-1601
```